# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2770
Lower Tribunal No. 2022-CC-001245

_____

SUPERIOR FENCE & RAIL OF POLK COUNTY,

Appellant,

v.

DTRICE L. LIPPETT,

Appellee.

_____

Appeal from the County Court for Polk County.
Robert G. Fegers, Judge.

February 24, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and GANNAM, JJ., concur.


Lydia Sturgis Zbrzeznj and Nicholas T. Zbrzeznj, of Southern Atlantic Law Group, PLLC, Winter Haven, for Appellant.

DTrice L. Lippett, Winter Haven, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED